# EXHIBIT A

SCHEDULE A

| Title | EMS / MA Controlled Share |
|---|---:|
| 313 | 100% |
| 3hree6ix5ive | 33.34% |
| 40 Oz. | 12.5% |
| 5 Star Generals | 50% |
| 50 Cent Collapse Freestyle | 80% |
| 6 In The Morning | 71.2% |
| 8 Mile | 100% |
| 8 Miles & Running | 50% |
| Ain't Nothin But Music | 10.84% |
| All Eyes on 50 Cent Cues | 50% |
| All of My Life | 2.5% |
| American Psycho | 70% |
| American Psycho 2 | 10.6% |
| Amityville | 85% |
| Angels & Demons | 33.33% |
| Another PSA | 100% |
| Anthem #1 | 50% |
| Any Man | 50% |
| As The World Turns | 100% |
| Ass Like That | 50% |
| Average Man | 50% |
| Backstabber | 100% |
| Bad Guys Always Die | 50% |
| Bad Influence | 100% |
| Bad Meets Evil | 100% |
| Ballad of Obie Trice | 33.33% |
| Bang Bang | 25% |
| Beautiful | 38.75% |
| Beautiful In Every Way | 25% |
| Big Weenie | 50% |
| Bitch (D12) | 67.5% |
| Bitch (Eminem) | 100% |
| Bitch Please II | 16.67% |
| Black Cotton | 25% |
| Blow My Buzz | 60.83% |
| Bonnie & Clyde | 100% |
| Brain Damage | 100% |
| Brand New Dance | 80% |
| Breathe | 8.75% |
| Busa Rhyme | 25% |
| Business | 50% |
| Careful What You Wish For | 30% |
| Census Bureau | 5% |
| Cheddar Bob | 100% |
| Cheers | 60% |
| Chicago Freestyle | 20% |
| Classical Thing | 50% |
| Cleaning Out My Closet | 100% |
| Couch Potato | 100% |
| Crack House | 100% |
| Crazy | 25% |

SCHEDULE A

| | |
|---|---|
| Crazy In Love | 50% |
| Criminal | 100% |
| Crooked Nigga Too | 25% |
| Cum on Everybody | 100% |
| Curtains Close | 100% |
| Curtains Up | 100% |
| Dead Wrong | 7.5% |
| Devil's Night | 56.6% |
| DGIFU | 10% |
| Don't Approach Me | 16.6% |
| Don't Come Down | 25% |
| Don't Push Me | 62.5% |
| Don't U Trust Me? | 12.5% |
| Doomsday | 25% |
| Doomsday Pt. 2 | 25% |
| Down To Earth | 25% |
| Drama Setter | 27.5% |
| Drips | 70% |
| Drug Ballad | 100% |
| E | 67.5% |
| Em Calls Paul | 100% |
| Encore | 24% |
| Everybody from the 313 | 100% |
| Everywhere I Go | 25% |
| Evil Deeds | 50% |
| Fack | 33.33% |
| Fight Music | 10.83% |
| Final Thought | 100% |
| Follow My Life | 15.3% |
| Forgot About Dre | 50% |
| Fuck Off | 15% |
| Gatman and Robbin | 14.25% |
| Get Back | 16.67% |
| Get My Gun | 71.7% |
| Get You Mad | 50% |
| Ghetto Gospel | 8.33% |
| Ghost | 45% |
| Girls | 100% |
| Git Up | 79.2% |
| Global Groove | 50% |
| Go To Sleep | 73.33% |
| God Give Me Strength | 50% |
| Got It Good | 50% |
| Got It On Me | 1.67% |
| Got Some Teeth | 56.875% |
| Grassy Knoll: Eminem | 25% |
| Green & Gold | 12% |
| Grew Up A Screw Up | 9.74% |
| Guilty Conscience | 25% |
| Gun Rule | 25% |
| Gunz N Smoke | 2.25% |
| Hailie's Song | 100% |

SCHEDULE A

| | |
|---|---|
| Hands On You | 75% |
| Hands Up | 12.5% |
| Hello (aka MFID) | 20.8% |
| Hennessey | 35% |
| High All The Time | 10% |
| Hoodrats | 15% |
| Houdini | 3.375% |
| How Come | 29.2% |
| Hush Is Coming | 50% |
| Hustlers & Hardcore | 50% |
| I Remember | 100% |
| I'm Back | 50% |
| I'm Gone | 75% |
| I'm Shady | 66.67% |
| I'm Supposed To Die Tonight | 50% |
| If I Get Locked Up Tonite | 50% |
| If I Had | 100% |
| In My Hood | 5% |
| In Their Shoes | 45% |
| In This World | 7.5% |
| Infinite | 100% |
| Instigator | 60% |
| It Is What It Is | 9.0% |
| It's OK | 100% |
| Jamaican Girl | 16.67% |
| Jealousy Woes II | 100% |
| Jimmy Crack Corn | 25% |
| Just Don't Give A Fuck | 100% |
| Just Lose It | 50% |
| Keep Talkin' | 10% |
| Ken Kaniff (skit MMLP) | 100% |
| Ken Kaniff (skit SSLP) | 100% |
| Kill Me A Mutha | 25% |
| Kill You | 50% |
| Kim | 100% |
| Lac Motion | 30% |
| Lady | 85% |
| Last Hit | 25% |
| Lay Down | 25% |
| Leave Dat Boy Alone | 25% |
| Leave Her Man | 50% |
| Let's Get High | 12.5% |
| Like Toy Soldiers | 50% |
| Lord Have Mercy | 32.5% |
| Lose My Mind | 33.34% |
| Lose Yourself | 100% |
| Lounge | 100% |
| Love Me | 66.68% |
| Love You More | 100% |
| Low Down Dirty | 100% |
| Loyal To The Game | 35% |
| Loyalty | 50% |

SCHEDULE A

| | |
|---|---|
| Many Men | 0.5% |
| Many Men (aka Death Wish) | 2.5% |
| Marshall Mathers | 100% |
| Maxine | 100% |
| Mockingbird | 100% |
| Moment of Clarity | 50% |
| Mosh | 50% |
| Murder | 25% |
| Murder Murder | 100% |
| My 1st Single | 100% |
| My Ballz aka Balls | 10% |
| My Band | 72% |
| My Dad's Gone Crazy | 50% |
| My Darling | 20% |
| My Fault | 100% |
| My Toy Soldiers | 27.5% |
| N.I.G.G.A. | 22% |
| Nasty Mind | 10% |
| Never 2 Far | 100% |
| Never Enough | 17.5% |
| Never Forget Ya | 60% |
| No Apologies | 25% |
| No More To Say | 22% |
| No One's Iller | 100% |
| Nuttin' To Do | 50% |
| NY NY | 30% |
| Off The Wall | 25% |
| Off to Tijuana | 40% |
| On Fire | 10% |
| One Day | 45% |
| One Day at a Time | 33.75% |
| One Shot | 33.33% |
| One Shot, 2 Shot | 68% |
| Open Mic | 100% |
| Out On Bail | 45% |
| Outro | 58.34% |
| Patiently Waiting | 45.9% |
| Paul | 100% |
| Peep Show | 15% |
| Pimp Like Me | 58.34% |
| Pistol Pistol | 58.35% |
| Pistol Poppin | 30% |
| Places To Go | 50% |
| Public Enemy #1 | 25% |
| Public Service Announcement | 100% |
| Public Service Announcement 2000 | 100% |
| Puke | 95% |
| Purple Pills | 60.84% |
| Rabbit Run | 100% |
| Rain Man | 50% |
| Rap Game | 58.34% |
| Rap Name | 37.5% |

SCHEDULE A

| | |
|---|---|
| Relax and Take Notes | 3% |
| Remember Me | 16.67% |
| Renegade | 75% |
| Revelation | 7.245% |
| Ricky Ticky Toc | 100% |
| Rock Bottom | 100% |
| Rock Star | 25% |
| Role Model | 50% |
| Runnin' | 29.24% |
| Rush Ya Clique | 14.285% |
| Say Goodbye Hollywood | 70% |
| Say My Name | 70% |
| Say What You Say | 50% |
| Scary Movies | 33.33% |
| Searchin | 100% |
| Shady Narcotics [intro] | 33.33% |
| Shake That | 33.33% |
| Shake That Remix | 33.33% |
| Shit Can Happen | 35% |
| Shit Hits The Fan | 30% |
| Shit On You | 25% |
| Sing For The Moment Again | 25% |
| Smack That | 8% |
| Soap | 100% |
| Soap (Skit Music) | 100% |
| Soldier | 100% |
| Soldier Like Me | 45% |
| Spend Some Time | 64.35% |
| Spit Shine | 30% |
| Spread Yo Shit | 10% |
| Square Dance | 100% |
| Stan | 50% |
| Steve Berman (skit) | 100% |
| Steve Berman D12 (skit) | 100% |
| Steve Berman Eminem Show (skit) | 100% |
| Steve's Coffee House | 100% |
| Still Don't Give a Fuck | 100% |
| Stimulate | 100% |
| Stir Crazy | 28.75% |
| Superman | 100% |
| That's How People | 20% |
| The Cross | 50% |
| The Kids | 100% |
| The Kiss | 100% |
| The Re-Up | 21.25% |
| The Real Slim Shady | 50% |
| The Way I Am | 100% |
| There They Go | 25% |
| These Drugs | 80% |
| Thug 4 Life | 25% |
| Thugs Get Lonely Too | 35% |
| Till I Collapse | 80% |

SCHEDULE A

| | |
|---|---|
| Till The End | 50% |
| To Love And Die | 0.25% |
| Tonite aka Tonight | 100% |
| Touchdown | 25% |
| Under The Influence | 44.43% |
| Uppercut, The | 35% |
| Violent | 27.5% |
| Wake Up | 25% |
| Warrior Part 2 | 61.64% |
| Watch Dees | 33.34% |
| Watcher 2, The | 10% |
| Watcher, The | 50% |
| We Ain't | 19.913% |
| We All Die One Day | 60% |
| We As Americans | 100% |
| We're Back | 25% |
| WEGO | 100% |
| Welcome 2 Detroit City aka Welcome 2 Detroit | 27.5% |
| Welcome To D-Block | 80% |
| What The Beat | 33.33% |
| What's The Difference | 17.5% |
| When I'm Gone | 37.5% |
| When The Music Stops | 38.35% |
| Where Ya At | 50% |
| White America | 100% |
| Who Do You Love? | 35% |
| Who Knew | 50% |
| Without Me | 67.5% |
| Words Are Weapons | 30% |
| Yams & Eminem | 50% |
| Yellow Brick Road | 100% |
| You Don't Know | 25% |

*Substanially all songs included as of April 11, 2025