# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; and MARTIN AFFILIATED, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.; INSTAGRAM, LLC; and WHATSAPP, LLC,<br><br>    Defendants. | Case No. 2:25-cv-11618-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## NOTICE OF APPEARANCE

Please take notice that Andrew S. Rosenman of Mayer Brown LLP hereby enters his appearance as counsel on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Instagram, LLC, and WhatsApp, LLC.

Dated: July 3, 2025

                                                          Respectfully submitted,

                                                          */s/ Andrew S. Rosenman*
                                                          Andrew S. Rosenman (P54869)
                                                          MAYER BROWN LLP
                                                          71 South Wacker Drive
                                                          Chicago, IL  60606
                                                          (312) 701-8744
                                                          arosenman@mayerbrown.com
                                                          *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 3, 2025, I caused the above Notice of Appearance to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

*/s/ Andrew S. Rosenman*
Andrew S. Rosenman
*Attorneys for Defendants*