## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

EIGHT MILE STYLE, LLC; and
MARTIN AFFILIATED, LLC,

        Plaintiffs,

    v.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.; INSTAGRAM,
LLC; and WHATSAPP, LLC,

        Defendants.

Case No. 2:25-cv-11618-BRM-DRG

Hon. Brandy R. McMillion,
United States District Judge

Hon. David R. Grand,
United States Magistrate Judge

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance pursuant to L.R. 83.25 as additional

counsel of record for the Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.,

Instagram, LLC, and WhatsApp, LLC.

        Matthew D. Ingber
        Mayer Brown LLP
        1221 Avenue of the Americas
        New York, NY 10020
        (212) 506-2373
        mingber@mayerbrown.com

Attorney Andrew S. Rosenman (P54869) will continue to serve as local

counsel for the aforementioned defendants.

Dated: July 7, 2025                  Respectfully submitted,

_/s/ Matthew D. Ingber_
Mathew D. Ingber
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 506-2373
mingber@mayerbrown.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2025, I caused the above Notice of Appearance to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

*/s/ Matthew D. Ingber*
Mathew D. Ingber
*Attorneys for Defendants*