# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; and MARTIN AFFILIATED, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.; INSTAGRAM, LLC; and WHATSAPP, LLC,<br><br>　　　　Defendants. | Case No. 2:25-cv-11618-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## APPLICATION TO RELIEVE OBLIGATION TO SPECIFY LOCAL COUNSEL

The undersigned counsel for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Instagram, LLC, and WhatsApp, LLC, Matthew D. Ingber, has entered an appearance in the above-captioned matter. Counsel, who is admitted to practice in this Court but is not an active member of the State Bar of Michigan, hereby makes application to the Court to relieve the obligation to specify local counsel, pursuant to L.R. 83.20(f)(1) ("On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel."). The undersigned represents that he will attend scheduled appearances in-person as required and comply with local rules. In addition, co-counsel, Andrew S. Rosenman, is an

active member of the bar of this Court and of the State Bar of Michigan. Thus, counsel for Defendants are able to perform all duties of attorney of record in these cases without specifying local counsel.

Dated: September 5, 2025          Respectfully submitted,

*/s/ Matthew D. Ingber*
Mathew D. Ingber
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2373
mingber@mayerbrown.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on September 5, 2025, I caused the foregoing paper to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

*/s/ Matthew D. Ingber*
Mathew D. Ingber
*Attorney for Defendants*