**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EIGHT MILE STYLE, LLC;
and MARTIN AFFILIATED, LLC,

          *Plaintiffs,*

v.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.; INSTAGRAM, LLC;
WHATSAPP, LLC,

          *Defendants.*

_____/

Case No. 25-cv-11618

Hon. Brandy R. McMillion
United States District Judge

Hon. David R. Grand
United States Magistrate Judge

**<ins>STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE
RESPONSE AND FOR DEFENDANTS TO FILE REPLY IN RE
DEFENDANTS' MOTION TO DISMISS</ins>**

Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (collectively,
"Plaintiffs"), and Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Instagram,
LLC; and WhatsApp, LLC (collectively "Defendants") by and through their
undersigned counsel, stipulate to the entry of an Order, as follows:

WHEREAS, on May 30, 2025, Plaintiffs filed their Complaint against the
Defendants in this action. (ECF No. 1).

WHEREAS, on July 28, 2025, this Court entered its Stipulated Order
Extending Time to Answer or Otherwise Respond to the Complaint, giving the

1

Defendants until September 18, 2025, to answer or otherwise respond to the Complaint. (ECF No. 18).

WHEREAS, on September 18, 2025, Defendants filed a Motion to Dismiss Plaintiffs' Complaint. (ECF No. 22).

WHEREAS, the Parties now stipulate and agree to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss to October 27, 2025.

WHEREAS, the Parties now stipulate and agree to extend the time for Defendants to reply to Plaintiffs' response to November 19, 2025.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs shall have until October 27, 2025 to file their response to the Defendants' Motion to Dismiss, and Defendants shall have until November 19, 2025, to file their reply.

**IT IS SO ORDERED.**

Dated: September 30, 2025                         s/Brandy R. McMillion
                                                  HON. BRANDY R. MCMILLION
                                                  United States District Judge

**STIPULATED AND AGREED TO:**

DATED: September 30, 2025

**KING AND BALLOW**

By: */s/ Richard S. Busch*
Richard S. Busch
David Niemierzycki
26 Century Blvd., Suite NT700
Nashville, TN 37214
rbusch@kingballow.com
dniemierzycki@kingballow.com
Tel: (615) 259-3456

**HERTZ SCHRAM PC**

By: */s/ Howard Hertz*
Howard Hertz (P26653)
Matthew Turchyn (P76482)
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
Tel: (248) 335-5000
hhertz@hertzschram.com
mturchyn@hertzschram.com

*Attorneys for Plaintiffs Eight Mile Style, LLC; and Martin Affiliated, LLC*

**MAYER BROWN LLP**

By: */s/ Matthew D. Ingber*
Matthew D. Ingber
David Yolkut
1221 Avenue of the Americas
New York, NY 10020
mingber@mayerbrown.com
dyolkut@mayerbrown.com
Tel: (212) 506-2500

Andrew S. Rosenman (P54869)
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
arosenman@mayerbrown.com

Archis A. Parasharami
Mayer, Brown
1909 K Street, NW
Washington, DC 20006-1101
Tel: 202-263-3328
Fax: 202.263.3300
aparasharami@mayerbrown.com

*Attorneys for Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Instagram, LLC; and WhatsApp LLC*