UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; and MARTIN AFFILIATED, LLC,<br><br>        *Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC., f/k/a FACEBOOK, INC.; INSTAGRAM, LLC; and WHATSAPP, LLC,<br><br>        *Defendants*. | Case No. 2:25-CV-11618<br><br>Hon. Brandy R. McMillion<br>United States District Judge<br><br>Hon. David R. Grand<br>United States Magistrate Judge |

### ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF AND REQUEST FOR EARLY JUDICIAL CLARIFICATION (ECF NO. 17) AND STRIKING THE PLEADING

This matter is before the Court on Amicus Curiae Joseph A. Reyna's ("Reyna") Motion for Leave to File Amicus Brief and Request for Early Judicial Clarification (ECF No. 17). The Court has reviewed the Motion and finds that the proposed filing is unrelated to the issues currently pending before the Court. To the extent that Reyna believes that he has viable claims against any party to this suit, he should address those in a separately filed lawsuit.

The Eastern District of Michigan Court website offers a section devoted to "Representing Yourself," including a "How to File a Lawsuit Handbook." *See*

[http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe](http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe).  Reyna is instructed to review this website or seek counsel to assist him with filing a proper complaint.

Accordingly, **IT IS HEREBY ORDERED** that Reyna's Motion for Leave to File Amicus Curiae Brief and Request for Early Judicial Clarification (ECF No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **STRIKE** ECF No. 17 from the record.

**IT IS SO ORDERED.**

Dated: January 15, 2026                s/Brandy R. McMillion
                                                        HON. BRANDY R. MCMILLION
                                                        United States District Judge