# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

EIGHT MILE STYLE, LLC;
and MARTIN AFFILIATED, LLC,

       *Plaintiffs,*

v.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.; INSTAGRAM,
LLC; and WHATSAPP, LLC,

       *Defendants.*

Case No. 2:25-cv-11618-BRM-DRG

Hon. Brandy R. McMillion
United States District Judge

Hon. David R. Grand
United States Magistrate Judge

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that Richard Busch and David Niemierzycki, on behalf of EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC have changed law firms from King & Ballow Law Offices to the following:

Adams & Reese LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203

Richard Busch
Email: Richard.Busch@arlaw.com
Telephone: 615.257.5864

David Niemierzycki
Email: David.Niemierzycki@arlaw.com
Telephone: 615.258.8401

Date: June 1, 2026

**ADAMS & REESE, LLP**

By: */s/ David Niemierzycki*
Richard S. Busch
David Niemierzycki
Adams & Reese, LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
richard.busch@arlaw.com
david.niemierzycki@arlaw.com
Tel: (615) 257 -5864

**HERTZ SCHRAM PC**

By: */s/ Howard Hertz*
Howard Hertz (P26653)
Matthew Turchyn (P76482)
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
Tel: (248) 335-5000
hhertz@hertzschram.com
mturchyn@hertzschram.com

*Attorneys for Plaintiffs Eight Mile Style, LLC; and Martin Affiliated, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing papers with the Clerk of the Court using ECF, which will provide notice to all counsel of record.

By: /s/ *David Niemierzycki*
David Niemierzycki

1