**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EIGHT MILE STYLE, LLC; and
MARTIN AFFILIATED, LLC,

      Plaintiffs,

      v.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.; INSTAGRAM,
LLC; and WHATSAPP, LLC,

      Defendants.

Case No. 2:25-cv-11618

Hon. Brandy R. McMillion,
United States District Judge

Hon. David R. Grand,
United States Magistrate Judge

**ORDER OF WITHDRAWAL OF ATTORNEY
AND REMOVAL FROM ECF NOTICES**

Pursuant to the Notice of Withdrawal of Attorney filed herewith;

**IT IS HEREBY ORDERED** that the Appearance of Archis A. Parasharami

as counsel for the Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Instagram,

LLC, and WhatsApp, LLC, in the above-captioned case is hereby withdrawn, and

Archis A. Parasharami will be removed from the ECF service list.

**IT IS SO ORDERED**.

Dated: June 23, 2026

s/Brandy R. McMillion
Hon. Brandy R. McMillion,
United States District Judge