**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| EIGHT MILE STYLE, LLC; and MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> META PLATFORMS, INC., f/k/a FACEBOOK, INC.; INSTAGRAM, LLC; and WHATSAPP, LLC, <br> *Defendants.* | Case No. 2:25-cv-11618 <br><br> Hon. Brandy R. McMillion <br> United States District Judge <br><br> Hon. David R. Grand <br> United States Magistrate Judge <br><br> **JURY DEMAND** |

**STIPULATED ORDER EXTENDING META'S RESPONSE DEADLINE**

Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (collectively, "Eight Mile Style") and Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Instagram, LLC; and WhatsApp, LLC (collectively, "Meta," and together with Eight Mile Style, the "Parties"), by and through their undersigned counsel, stipulate to the entry of an Order as follows:

WHEREAS, on June 16, 2026, the Court entered its Order on Meta's Motion to Dismiss Eight Mile Style's Complaint (ECF 35, the "Order") dismissing Counts II through IV and setting a deadline for Meta to file its Answer to Count I on or before July 7, 2026;

WHEREAS, on June 23, 2026 counsel for Eight Mile Style and counsel for Meta met and conferred pursuant to Local Rule 7.1(a) about Eight Mile Style's putative "Motion to Clarify the Court's Order" that, *inter alia*, such dismissal of

1

Counts II through IV was *without* prejudice, and also seeks  Leave to Amend the Complaint to re-plead causes of action for Contributory and Vicarious Copyright Infringement;

WHEREAS, in furtherance of the meet and confer process, Eight Mile Style provided Meta with a draft of the Proposed First Amended Complaint on June 29, 2026;

WHEREAS, on July 1, 2026, Meta informed Eight Mile Style that it does not concur in the relief sought, and as such Eight Mile Style intends to proceed with its motion; and

WHEREAS, the Parties agree that, in the interest of efficiency and to avoid expending resources in filing an Answer to a Complaint which might not be operative, Meta's deadline to answer the currently operative Complaint should be held in abeyance.

THEREFORE, Meta's deadline to file an Answer to the currently operative Complaint is held in abeyance pending resolution of Eight Mile Style's anticipated motion. Following the Court's disposition of that motion, the Parties shall promptly meet and confer regarding the appropriate next steps and timing concerning Meta's response to the operative pleading, absent further order of the Court.

**IT IS SO ORDERED.**

Dated: July 7, 2026

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Judge

2

**STIPULATED AND AGREED TO:**

**ADAMS & REESE**

By: */s/ Richard S. Busch*
Richard S. Busch
David Niemierzycki
1600 West End Ave., Ste. 1400
Nashville, TN 37203
Richard.busch@arlaw.com
David.Niemierzycki@arlaw.com
Tel: (615) 257-5864

**HERTZ SCHRAM PC**

By: */s/ Howard Hertz*
Howard Hertz (P26653)
Matthew Turchyn (P76482)
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
Tel: (248) 335-5000
hhertz@hertzschram.com
mturchyn@hertzschram.com

*Attorneys for Plaintiffs Eight Mile Style, LLC; and Martin Affiliated, LLC*

**MAYER BROWN LLP**

By: */s/ Matthew D. Ingber*
Matthew D. Ingber
Allison Aviki
Rory K. Schneider
David Yolkut
1221 Avenue of the Americas
New York, NY 10020
mingber@mayerbrown.com
aaviki@mayerbrown.com
rschneider@mayerbrown.com
dyolkut@mayerbrown.com
Tel: (212) 506-2500

Andrew S. Rosenman (P54869)
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
arosenman@mayerbrown.com

*Attorneys for Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Instagram, LLC; and WhatsApp LLC*

Dated: July 7, 2026